# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTHERN INDIANA

# Minute Entry/Order

## *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | ATA Holdings Corp. & Chicago Express Airlines, Inc. |
| **Case Number:** | 04-19866-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 19, 2005 11:30 AM   NA 107 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | LEE YOUNG |

## *Matters:*

**1)** Postpetition Financing  [2855,2911]
   **R / M #:**   2,855 / 0

**2)** Exclusivity Motion
   **R / M #:**   2,903 / 0

## *Appearances:*

   Jim Carr/Michael O'Neil - Debtors
   Lisa Beckerman/John Ames - Cred. Comm.
   Tom Scherer - National City Bank
   Steve Dominowski- Southwest
   Josh Lewis - Wells Fargo

## *Proceedings:*

   1) Continued to a Telephonic Hearing on 9/26/05 at 10:00 a.m. est. (11:00 a.m. e.d.t.) . Dial in number to be provided
   2) Bridge Order approved to and including 10/4/05
   Other Matters discussed: Omnibus hearing scheduled for 10/4/05 has be rescheduled for 10/3/05 at 2:00 p.m. e.s.t. Room 310, Indpls. IN

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**